

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00045-CR

**BENJAMIN ALAN MORRISON,**

                                       **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                       **Appellee**

---

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2010-997-C1

---

## MEMORANDUM OPINION

---

Benjamin Alan Morrison filed a pro se notice from the trial court's denial of his motion for judgment nunc pro tunc. We do not have jurisdiction of an appeal from an order denying a motion for judgment nunc pro tunc. *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. dism'd).

Accordingly, we dismiss this appeal for want of jurisdiction. Morrison's motion for extension of time to file a reporter's record is dismissed as moot.


                                     TOM GRAY
                                     Chief Justice

Before Chief Justice Gray,
  Justice Smith, and
  Justice Wright[1]
Appeal dismissed
Opinion delivered and filed May 25, 2022
Do not publish
[CR25]



[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.